Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL L. WALSH, individually,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES I through X, inclusive; and ROE CORPORA:TIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:22-cv-00002-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

USAA Casualty Insurance Company ("USAA CIC"), by and through its counsel of record, Spencer Fane LLP, and Michael L. Walsh ("Plaintiff"), by and through his counsel of record, Marathon Law Group, PLLC, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint from January 10, 2022 to January 17, 2022.

USAA CIC has informed Plaintiff that it intends on filing a motion to dismiss Plaintiff's extra contractual claims. Plaintiff has also made a settlement demand. The

extension is sought to determine if the parties can reach an early resolution to any of Plaintiff's claims. This is the parties' first request for an extension, and neither party will suffer prejudice as a result of this brief, one week extension.

Dated: January 10, 2022.

**MARATHON LAW GROUP**

By: /s/ Boris Avramski
Boris Avramski, Esq.
NV Bar No. 11350
Joseph W. Riccio, Esq.
NV Bar No. 10971
5550 Painted Mirage Road,
Suite 320-A079
Las Vegas, NV 89149
*Attorneys for Michael L. Walsh*

Dated: January 10, 2022.

**SPENCER FANE LLP**

By: */s/ Mary Bacon*
Mary E. Bacon, Esq.
NV Bar No. 12686
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
*Attorneys for USAA Casualty Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

Date: January 10, 2022